IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH A. TERRY AND DEBORAH A. TERRY O/B/O ALICIA M. CUNNINGHAM,<br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART, Commissioner, Social Security Administration,<br><br>　　　　Defendant. | ) CASE NO.  2:05-CV-00163-PAN<br>)<br>)<br>) STIPULATION AND ORDER<br>) EXTENDING TIME TO FILE<br>) PLAINTIFF'S REPLY TO<br>) DEFENDANT'S<br>) MOTION TO DISMISS<br>)<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff's time to respond to Defendant's motion to dismiss in the above-referenced case is hereby extended to August 22, 2005.  The extension is needed to allow the parties to resolve discovery issues pertaining to the administrative transcript.

　　　　This is the first extension requested re Plaintiff's response to Defendant's motion to dismiss.

　　　　The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

Dated: July 22, 2005

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: July 25, 2005

Signed /Bobbie J. Montoya/
_____
BOBBIE J. MONTOYA
ASSISTANT U.S. Attorney
  And Attorney for the Commissioner

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28, 2005

/s/ Peter A. Nowinski

PETER A NOWINSKI
United States Magistrate Judge