IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH TERRY, et al,

      Plaintiffs,               No. CIV S-05-CV-00163 PAN

  vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.               <u>ORDER</u>

_____/

      This action, which is before a magistrate judge for entry of final judgment pursuant to the consent of the parties, 18 U.S.C. § 636(c), was transferred to the undersigned upon the retirement of the magistrate judge originally assigned.  Three motions have been pending for over one year:  defendant's motion to dismiss, plaintiff's motion to compel discovery, and plaintiff's motion to bifurcate.  While it appears from the file that plaintiff does not agree with the motion to dismiss, no opposition to the motion to dismiss has been filed.  Defendant's oppositions to the bifurcation and discovery motions are on file.  By this order the court will give plaintiff one, last chance to file any opposition she has to the motion to dismiss and will set all three motions for hearing.  Due to the age of this action and the pendency of the motions the court cautions the parties that a request to continue the hearing will not be viewed favorably.  However, the parties are advised that, if attendance in Sacramento is inconvenient,

1

telephonic attendance and participation may be arranged in advance of the hearing by a telephone call to the courtroom clerk of the undersigned, Mr. Nic Cannarozzi at (916) 930-4172.  At the hearing on the motion, in addition to such other matters as may be discussed, the court intends to ask all counsel about the current status of plaintiff and her child, about whether the child of plaintiff has any further remedy before the Social Security Administration in the event that defendant's motion to dismiss is granted, and for definitions of the various acronyms which litter this file.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss for lack of subject matter jurisdiction, plaintiff's motion to compel discovery, and plaintiff's motion to bifurcate will be heard on September 28, 2006 at 11:00 a.m. or as soon thereafter as the matters may be heard.  If plaintiff has opposition to the pending motion to dismiss, she shall file her opposition to the motion by the close of business on September 21, 2006.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

010:terry.hrg

2