IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel: 415-457-4200

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. TERRY, et al.,<br><br>       Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of Social Security,<br><br>       Defendant. | CASE NO. 2:05-CV-00163-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file her motion for summary judgment in the above-referenced case is hereby extended to January 15, 2007.  The extension is needed for Plaintiff to file a petition for resolution of Alicia Cunningham's inheritance rights in the Fairfield, California Superior Court.  Once this petition is accepted, Plaintiff will seek to stay execution of this action pending resolution by the state superior court.

   This is the first extension requested re Plaintiff"'s filing her motion for summary judgment.

/////

/////

/////

Stip.& Order Ext. Pl.'s Time
2:05-cv-00163-PAN (JFM)

**1**

DATED: December 11, 2006

Signed / Ian M. Sammis/

_____
IAN M. SAMMIS
Attorney for Plaintiff

DATED: December 12, 2006

Signed / Geralyn Gulseth / for

_____
BOBBIE J. MONTOYA
ASSISTANT U.S. ATTORNEY

Attorneys for Defendant

_____ ORDER

APPROVED AND SO ORDERED.

DATED:  January 4, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13
Terry.stipord.eot.ss.wpd