IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Telephone: (415) 457-4200
Facsimile:  (415) 454-5294

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. TERRY O/B/O ALICIA M. CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:05-CV-00163-JFM<br><br>STIPULATION AND ORDER OF STAY FOR FILING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that Plaintiff's time to file her motion for summary judgment in the above-referenced case is hereby stayed pending the dispositive decision by the Superior Court of California, County of Solano, as to the heirship of Alicia Cunningham.  The Declaration of Ian M. Sammis, counsel for plaintiff in both this and the Superior Court Action is attached as Exhibit  A of this declaration.  Plaintiff's response for filing her motion for summary judgment will now be due within 30 days after receipt of the Superior Court's determination of heirship of Plaintiff Alicia Cunningham as to Augustus Terrry's estate.

/////

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 16, 2007 | signed / IAN M. SAMMIS/<br>Ian M. Sammis<br>Attorney for Plaintiff |
| Dated: January 24, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br><br>signed/GERALYN GULSETH/<br>By: BOBBIE J. MONTOYA<br>Assistant United States Attorney<br>and Attorney for the Commissioner |

## ORDER

APPROVED AND SO ORDERED.

Dated:  January 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13
Terry.stipord.stay.ss.wpd