IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH A. TERRY O/B/O
ALICIA M. CUNNINGHAM,

        Plaintiff,                               CIV. NO. S- 05-0163 GGH

    vs.

MICHAEL J. ASTRUE,[1]                  <u>ORDER</u>
Commissioner of
Social Security,

        Defendant.
_____/

        On December 5, 2007, counsel for plaintiff filed a declaration indicating that the Superior Court of the State of California for the County of Solano had issued a decision determining Alicia Cunningham to be one of the heirs to decedent Augustus Terry. Therefore, the stay imposed on January 31, 2007 will be lifted.

        Accordingly, IT IS ORDERED that:

        1. The stay ordered on January 31, 2007 is lifted.

        2. Plaintiff shall file a summary judgment motion within 30 days of this order.

---

[1] Michael J. Astrue became Commissioner on February 12, 2007. Accordingly, he should be substituted as defendant in this suit. Fed. R. Civ. P. 25(d)(1). No further action need be taken by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   3. The remainder of the scheduling order is in effect.

2   DATED: 12/18/07

3   /s/ Gregory G. Hollows

4   GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

5   GGH:076:Terry0163.msj.wpd